# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135531

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BEATRICE TAYLOR,
        Defendant-Appellant.

SC: 135531
COA: 273444
Wayne CC: 06-006525-01

_____/

On order of the Court, the application for leave to appeal the November 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

l0317